IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00781-ZLW

TOMAS M. GARCIA,

    Applicant,

v.

STEVE HARTLEY, Warden of Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
COLORADO
MAY - 7 2007
GREGORY C. LANGHAM
CLERK

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motions titled "Applicant Garcia's Motion for Extension of Time in Which to File Motion to Stay and Abey" and "Applicant Garcia's Motion to Reconsider Court's Order to Dismiss for Failure to Prosecute," submitted to and filed with the Court on April 26, 2007, and May 3, 2007, respectively.

    The instant habeas corpus application and action were dismissed without prejudice on May 2, 2007, for failure to prosecute. However, Mr. Garcia, through counsel, had submitted his motion for extension of time in a timely manner prior to dismissal. Therefore, the May 3, 2007, motion to reconsider is GRANTED. The May 2, 2007, Order and Judgment of Dismissal is VACATED, and this action is REINSTATED. Applicant will be allowed **fourteen (14) days from the date of this order** in which to file the motion to stay and abey.

Dated: May 7, 2007

---

Copies of this Minute Order mailed on May 7, 2007, to the following:

Clifford J. Barnard
Attorney at Law
**DELIVERED ELECTRONICALLY**

                                                Secretary/Deputy Clerk