IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00781-CMA-KMT

TOMAS M. GARCIA,

    Applicant,

v.

STEVE HARTLEY, Warden of Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondents.

---

## ORDER

---

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **April 13, 2009**, the Clerk of the Jefferson County District Court shall provide to this court the original written record of Jefferson County criminal case no. 00CR2644, *People v. Tomas M. Garcia*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Jefferson County District Court by facsimile to **(303) 271-6188** and by regular mail to Clerk of the Jefferson County District Court, 100 Jefferson County Parkway, Golden, Colorado 80401.

    Dated this 12th day of March, 2009.

                                                      **BY THE COURT:**

                                                      Kathleen M. Tafoya
                                                      United States Magistrate Judge