**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-00781-CMA-KMT

TOMAS M. GARCIA,

    Plaintiff,

v.

STEVE HARTLEY, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

---

**ORDER WITHDRAWING REFERRAL TO MAGISTRATE**

---

Upon further review of the file, the Court's Order of Reference to U.S. Magistrate Judge Kathleen M. Tafoya, dated December 22, 2009 (Doc. # 27), is RESCINDED.

This matter will be handled by the presiding judge.

    DATED: March  27 , 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge