FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 07-cv-00781 CMA

TOMAS M. GARCIA,

    Applicant,

vs.

STEVE HARTLEY, Warden of Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this ___13th___ day of 2011.

BY THE COURT:

_(signed) Christine M Arguello_

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00781 CMA

Jefferson County Court
Jefferson County Court & Administrative Facility
100 Jefferson County Parkway
Golden, CO 80401

Clifford J. Barnard
**DELIVERED ELECTRONICALLY**

Katherine Anne Hansen - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/13/11  .


GREGORY C. LANGHAM, CLERK

By: _____
/ Deputy Clerk