IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2011

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 07-cv-00781 CMA

TOMAS M. GARCIA,

    Applicant,

vs.

STEVE HARTLEY, Warden of Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**AMENDED ORDER RETURNING STATE COURT RECORD**

---

    Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

    ORDERED that the Clerk shall return the State Court Record.

    DATED at Denver, Colorado, this __14th__ day of April, 2011.

BY THE COURT:

_/s/ Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00781 CMA

Jefferson County Court
Jefferson County Court and Administrative Facility
100 Jefferson County Parkway
Golden, CO 80401

Clifford J. Barnard
**DELIVERED ELECTRONICALLY**

Katherine Anne Hansen - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/15/11  .

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                       Deputy Clerk